■ K.J.D.E. Corp., Doing Business as K.J. Electric, et al., Respondents , v The Hartford Fire Insurance Company, Appellant, et al., Defendant. (Appeal No. 2.) [932 NYS2d 755]—

Same memorandum as in *K.J.D.E. Corp. v Hartford Fire Ins. Co.* ([appeal No. 1] 89 AD3d 1531 [2011]). Present—Scudder, P.J., Smith, Sconiers, Gorski and Martoche, JJ.

■ James Square Associates LP et al., Respondents, v Dennis Mullen, Commissioner, New York State Department of Economic Development, et al., Appellants. (Appeal No. 1.) [932 NYS2d 755]—

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Centra, J.P., Fahey, Green and Gorski, JJ.